FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 2 5 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Answer in District Court

M Key Financial Services, LLC/Melrenee Key

925 Buckingham Cove

Fairburn, GA. 30213

404-721-5544

Defendant Pro Se

## UNITED STATES DISTRICT COURT

### For the

### Northern District of Georgia

THE RADIOLOGY GROUP, LLC

    Plaintiff(s)

      V                            CIVIL ACTION

M KEY FINANCIAL SERVICES, LLC and         FILE NO.  1:25-cv-04461-VMC

    MELRENEE KEY

Defendant(s), M Key Financial Services, LLC, and Melrenee Key, Pro Se, hereby submit this answer to the complaint on file herein, and alleges and avers as follows:

1. Answering paragraph(s) _____1_____ of Plaintiff's Complaint, Defendant(s) DENIES each and every allegation contained therein.
2. Answering paragraph(s) _____2_____ of Plaintiff's Complaint, Defendant(s) ADMITS each and every allegation contained therein.
3. Answering paragraph(s) _____3_____of Plaintiff's Complaint, Defendant(s) ADMITS each and every allegation contained therein.
4. Answering paragraph(s)_____4_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

5. Answering paragraph(s)_____5_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

6. Answering paragraph(s)_____6_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

7. Answering paragraph(s)_____7_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

8. Answering paragraph(s)_____8_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

9. Answering paragraph(s)_____9_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

10. Answering paragraph(s)_____10_____of Plaintiff's Complaint, Defendant(s)DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.

11. Answering paragraph(s)_____11_____of Plaintiff's Complaint, Defendant(s) DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.

12. Answering paragraph(s)_____12_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

13. Answering paragraph(s)_____13 _____of Plaintiff's Complaint, Defendant(s) I DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW about each and every allegation contained therein.

14. Answering paragraph(s)_____14_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

15. Answering paragraph(s)_____15_____of Plaintiff's Complaint, Defendant(s) DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.

16. Answering paragraph(s)_____16_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

17. Answering paragraph(s)_____17_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

18. Answering paragraph(s)_____18_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

19. Answering paragraph(s)_____19_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

20. Answering paragraph(s)_____20_____of Plaintiff's Complaint, Defendant(s)ADMITS each and every allegation contained therein.

21. Answering paragraph(s)_____21_____of Plaintiff's Complaint, Defendant(s) DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.
22. Answering paragraph(s)_____22_____of Plaintiff's Complaint, Defendant(s) DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.
23. Answering paragraph(s)_____23_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
24. Answering paragraph(s)_____24_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
25. Answering paragraph(s)_____25_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
26. Answering paragraph(s)_____26_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
27. Answering paragraph(s)_____27_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
28. Answering paragraph(s)_____28_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
29. Answering paragraph(s)_____29_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
30. Answering paragraph(s)_____30_____of Plaintiff's Complaint, Defendant(s)I DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION OR JUST DON'T KNOW to each and every allegation contained therein.
31. Answering paragraph(s)_____31_____of Plaintiff's Complaint, Defendant(s)DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION OR JUST DON'T KNOW to each and every allegation contained therein.
32. Answering paragraph(s)_____32_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
33. Answering paragraph(s)_____33_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
34. Answering paragraph(s)_____34_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
35. Answering paragraph(s)_____35_____of Plaintiff's Complaint, Defendant(s) DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.
36. Answering paragraph(s)_____36_____of Plaintiff's Complaint, Defendant(s) DON'T KNOW HOW TO RESPOND TO BECAUSE I DON'T HAVE ENOUGH INFORMATION, OR JUST DON'T KNOW ABOUT each and every allegation contained therein.

37. Answering paragraph(s)_____37_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

38. Answering paragraph(s)_____38_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

39. Answering paragraph(s)_____39_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

40. Answering paragraph(s)_____40_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

41. Answering paragraph(s)_____41_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

42. Answering paragraph(s)_____42_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

43. Answering paragraph(s)_____43_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

44. Answering paragraph(s)_____44_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

45. Answering paragraph(s)_____45_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

46. Answering paragraph(s)_____46_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

47. Answering paragraph(s)_____47_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

48. Answering paragraph(s)_____48_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

49. Answering paragraph(s)_____49_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

50. Answering paragraph(s)_____50_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

51. Answering paragraph(s)_____51_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

52. Answering paragraph(s)_____52_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

53. Answering paragraph(s)_____53_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

54. Answering paragraph(s)_____54_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

55. Answering paragraph(s)_____55_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

56. Answering paragraph(s)_____56_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
57. Answering paragraph(s)_____57_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
58. Answering paragraph(s)_____58_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
59. Answering paragraph(s)_____59_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
60. Answering paragraph(s)_____60_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
61. Answering paragraph(s)_____61_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
62. Answering paragraph(s)_____62_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
63. Answering paragraph(s)_____63_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
64. Answering paragraph(s)_____64_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
65. Answering paragraph(s)_____65_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
66. Answering paragraph(s)_____66_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
67. Answering paragraph(s)_____67_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
68. Answering paragraph(s)_____68_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
69. Answering paragraph(s)_____69_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
70. Answering paragraph(s)_____70_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
71. Answering paragraph(s)_____71_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
72. Answering paragraph(s)_____72_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
73. Answering paragraph(s)_____73_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.
74. Answering paragraph(s)_____74_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

75. Answering paragraph(s)_____75_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

76. Answering paragraph(s)_____76_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

77. Answering paragraph(s)_____77_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

78. Answering paragraph(s)_____78_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

79. Answering paragraph(s)_____79_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

80. Answering paragraph(s)_____80_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

81. Answering paragraph(s)_____81_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

82. Answering paragraph(s)_____82_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

83. Answering paragraph(s)_____83_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

84. Answering paragraph(s)_____84_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

85. Answering paragraph(s)_____85_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

86. Answering paragraph(s)_____86_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

87. Answering paragraph(s)_____87_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

88. Answering paragraph(s)_____88_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

89. Answering paragraph(s)_____89_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

90. Answering paragraph(s)_____90_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

91. Answering paragraph(s)_____91_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

92. Answering paragraph(s)_____92_____of Plaintiff's Complaint, Defendant(s)DENIES each and every allegation contained therein.

I believe this is a SLAPP LAWSUIT. Georgia's anti-SLAPP statute codified under O.C.G.A. 9-11-11.1

The Radiology Group, LLC, and its partners are aware of the truth but falsely accuse me of wrongdoing. However, the anti-SLAPP statute protects me from lawsuits that seek to suppress participation in matters of public concern, including speech made in connection with official proceedings.

Not sure why The Radiology Group, LLC (Plaintiff) filed this complaint against me (M Key Financial Services LLC (M Key Financial Services) and Melrenee Key (Ms. Key)/Defendants, but I am denying all charges/complaints.

After reading the complaints and all 21 pages, I believe this is a SLAPP LAWSUIT.

Starting in 2013, I was hired to work at The Radiology Group, LLC by Mr. Vikas Verma and Jeff as a staff accountant. Not as a Finance Manager in 2012, as the lawsuit said, which is not correct. Although (a day or two later) I was introduced to Dr Anand Lalaji, Dr. Tajel Lalaji and other employees of The Radiology Group, I worked and reported directly to Mr. Vickas Verma (a Partner at The Radiology Group, LLC) and Jeff (A controller) to fulfill all aspects of accounting/finance of The Radiology Group, LLC. Later, I was promoted to a Finance Manager role and then a Director of Finance, after working closely with the bank to sign specific documents. So, if my roles gradually changed throughout my employment with The Radiology Group, how could I have committed these senseless acts (crimes)? I've never been written up or accused of committing any violations or not following the company policy for any reason.

Please refer to EXIBIT A, B, and C for reference of good work performance from all partners.

Later in 2020, Dr. Anand Lalaji came into my office to say he and Mr. Verma had a fallout/big disagreement, and he thinks Mr. Verma may be moving on. After he left my office, I resumed working as usual. NOT once did anyone come to me and say Mr. Vikas Verma had left the company (TRG). Not once did anyone tell me to stop sending any financial information to a specific person. NOT once had anyone had a meeting with me to discuss the future of The Radiology Group LLC, Dr. Anand Lalaji, and Mr. Vikas Verma; therefore, I continued to report financial information and took care of any requests that were given to me by Mr. Vikas Verma, Dr. Anand Lalaji, and Dr. Tejal Lalaji. NOT once did anyone share with me any legal document showing the separation of The Radiology Group, Mr. Vikas Verma, Mr. Anand Lalaji, until earlier this year during a mediation (2025).

I continued to perform my duties as a director by processing payroll, Accounts Receivable, Accounts Payable, month-end closing, and producing full financial statements to all partners (Vikas Verma, Dr. Anand Lalaji, and Dr. Tegal Lalaji).

Therefore, Melrenee Key, M Key Financial Services LLC, M Key Financial Services, Ms. Key, Mr. Vikas Verma, Dr. Anand Lalaji, and Dr. Tejal Lalaji all worked for The Radiology Group, LLC.

I worked very closely with the tax preparer of The Radiology Group, LLC, also.

Page 4 talks about the confidential information and trade secrets in which I followed. As stated above, I continued to communicate with all partners and followed company policy based on the handbook given to me. NOT once did either partner provide the status of the company or each other, so I started working for the company by complying and continued. If either party felt there were concerns, why did they not communicate with me more by providing status changes about everyone? Why did they NOT come to me, having conversations about me not sharing financial information with the other? My assumption, and just an assumption, is they're upset with each other, but they still could have told me to stop sharing at any time.

Page 6 Section 21 and 22 talks about the confidentiality provision in the agreement of M Key Financial Services, and indicates I broke that confidentiality agreement with the appropriate representation and employees, which is false. Mr. Vikas Verma, Dr. Anand Lalaji, and Dr. Tegal Lalaji are all employees of TRG, and financial information was disclosed to them since no one indicated nor did I receive any legal documentation showing they have separated/departed (no longer with TRG). No documents showed they are no longer with TRG. All three individuals are still considered partners based on legal documents viewed back in 2013 at my initial start date.

Page 7, section 25 talks about Ms. Key sending emails to a third party. I did not see Mr. Vikas Verma as a third party on March 24, 2021, since no one indicated, nor did I receive any legal documentation showing he is no longer with The Radiology Group. No document given to Ms. Key showed that Mr. Vikas Verma is no longer with TRG (a partner). There was NO communication to Ms. Key saying Mr. Verma is no longer with TRG. All three individuals are still considered partners based on legal documents viewed back in 2013 at my initial start date.

Page 8, all sections talk about Ms. Key sending cash withdrawals and deposit reports, and sending them to Mr. Vikas Verma is theft, and this is false. Reason being, since no one indicated, nor did I receive any legal documentation showing Mr. Vikas Verma had left TRG, and NO communication to me about his leaving TRG, and with no specifics. No document given to Ms. Key showed that Mr. Vikas Verma is no longer with TRG (a partner). All three individuals are still considered partners based on documents viewed back in 2013 at my initial start date.

Page 9, section 30 talked about Mr. Verma being a former business partner and left the coming in late 2020. No one indicated, nor did anyone communicate with me, nor did I receive any legal documentation showing Mr. Vikas Verma had separated from TRG. No document given to Ms. Key showed that Mr. Vikas Verma is no longer with TRG (a partner). All three individuals are still considered partners based on documents viewed back in 2013 at my initial start date.

Page 9, section 31, I do not know anything about this. Did not know.

Page 9, section 33 talks about defendants (Melrenee Key/M Key Financial Services LLC) misappropriation of TRG's financial statement. This is not true, the reason being that no one indicated, nor communicated, nor did I receive any legal documentation, showing Mr. Vikas Verma is separate from TRG. No document given to Ms. Key showed that Mr. Vikas Verma is no longer with TRG (a partner). All three individuals are still considered partners based on documents viewed back in 2013 at my initial start date.

since no one indicated, nor did anyone communicate, nor did I receive any legal documentation showing Mr. Vikas Verma is separate from The Radiology Group, LLC, left the company, and is no longer with TRG. No document given to Ms. Key, Melrenee Key, M Key Financial Services LLC, showed that Mr. Vikas Verma is no longer with TRG.

Again, I believe this is a SLAPP LAWSUIT.

Please refer to EXIBIT A, B, and C for reference of good work performance from all partners.

M Key Financial Services, LLC/Melrenee Key



Notary: _____
08-25-2025

OFFICIAL SEAL
AIRREYON NORFLEET
NOTARY PUBLIC-GEORGIA
FULTON COUNTY
My Comm. Expires 20-Dec-2025