

# EXHIBIT A

**From:** Vikas Verma <04vverma@gmail.com>
**Sent:** Monday, April 6, 2020 3:41 PM
**To:** Melrenee Key <mkey@theradiologygroup.org>
**Subject:** Melrenee Key

To whom it may concern

April 6, 2020

Melrenee Key started at our organization more than 5 years ago as an accountant and now serves as Director of Finance. Her responsibilities include but not limited to payroll, accounts payables, accounts receivables, journal ledger, financial statements, cash flow management and forecasting.

What impresses me the most about Melrenee is her work ethics, honesty and her enthusiasm for team unity and success. She has a straight forward common sense approach to most accounting issues. Mel helps me resolve any and all personnel, client or vendor conflicts with professionalism & courtesy. I have been a treasurer for our Wildercliff HOA in Sandy Springs GA for many years and really believe that Mel is better qualified for that position than myself.

Should you have any questions, please feel free to reach out to me.

Vic Verma

# Vic Verma

**Managing Partner**



**the RADIOLOGY*group***

"Seamless Sub-Specialty Radiology Interpretation"
*Customer First – Integrity – Teamwork - Work Life Balance*

COMPANY CONFIDENTIAL This email message including any attachments, may contain confidential and/or privileged information and is intended solely for the use of the intended recipient(s). Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient, kindly contact the sender by replying to this email and destroy and delete all copies of this message. Any distribution, dissemination or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.

# EXHIBIT B

📁 Radiology group

# Fw: Locum Tenents

**Meirenee Key**
To: me · Tue, Apr 13, 2021 at 10:11 PM ˅ 　　　　　☆ •••

Meirenee Key, MBA
Finance Department
The Radiology Group, LLC
Office- 404-946-9633

🖼

---

From: Tejal Lalaji <tlalaji@theradiologygroup.org>
Sent: Wednesday, March 24, 2021 2:36 PM
To: Meirenee Key <Meirenee.Key@theradiologygroup.org>
Cc: Anand Lalaji <alalaji@theradiologygroup.org>
Subject: Re: Locum Tenents

I understand what you are feeling.
If I had been involved from the beginning I could of said a lot more but because I am not aware of all the clients I just let her preach to me and she dropped all kinds of accusations.
Dr. A immediately told me Dana did not know what she was saying.
He told me that you have been trying to contact them and that a plan for payment was made and that they agreed on it.

Please know we know you are a rockstar!

Tejal Lalaji M.D.
*Chief Operating Officer*
*Neuroradiologist*
(O) (404) 946 9630  (x9651)
🖼
🖼

*A Joint Commission accredited company*
*"Seamless Sub-Specialty Radiology Interpretation"*
*Customer First – Integrity – Teamwork - Work Life Balance*

---

From: Meirenee Key <Meirenee.Key@theradiologygroup.org>
Sent: Wednesday, March 24, 2021 2:11 PM
To: Tejal Lalaji <tlalaji@theradiologygroup.org>
Cc: Anand Lalaji <alalaji@theradiologygroup.org>
Subject: Fw: Locum Tenents

Hello Dr. T.,

Please see below the chain of emails between me and Eric (Locum Tennent). Dana is included on these emails; therefore, she cannot say that I've been ignoring and not responding to emails.

My thoughts could be only that since TRG has paid in full they need to place the blame on someone so TRG can continue to use their services.

Dr. A and I have always been in contact with them since they started their collection emails. I just think this bothers me a bit, but don't won't to take this personal. Just wanted to share that's all.

Thanks

Meirenee Key, MBA
Director of Finance
The Radiology Group, LLC
Office- 404-946-9633
Fax- 404-549-4320



---

From: Eric Chriss (LT-ATL) <echriss@locumtenens.com>
Sent: Friday, March 12, 2021 9:20 AM
To: Meirenee Key <Meirenee.Key@theradiologygroup.org>; Kimberly Melioris <kmelioris@theradiologygroup.org>
Cc: Dana Sherrod (LT-ATL) <dsherrod@locumtenens.com>
Subject: RE: Locum Tenents

Thanks, please call me if you have any issues.



ERIC CHRISS
SR. CORPORATE COLLECTOR


KNOW BETTER EXPERIENCE

2575 Northwinds Parkway    678-690-7660
Alpharetta, GA 30009

echriss@locumtenens.com

Provide feedback on my service

From: Meirenee Key <Meirenee.Key@theradiologygroup.org>
Sent: Friday, March 12, 2021 9:19 AM
To: Eric Chriss (LT-ATL) <echriss@locumtenens.com>; Kimberly Melioris <kmelioris@theradiologygroup.org>
Cc: Dana Sherrod (LT-ATL) <dsherrod@locumtenens.com>
Subject: Re: Locum Tenents

Understand your work hours. I acknowledge and respectfully have set work hours as well. I will stroll through your chain of emails and locate the instructions as you said you've already sent.
Thanks



# EXHIBIT C

# Fw: Last week of March 2021

From: Melrenee Key (melrenee.key@theradiologygroup.org)

To: abraziel@theradiologygroup.org

Cc: kmelrenee@yahoo.com

Date: Tuesday, March 23, 2021 at 10:48 PM EDT

Melrenee Key, MBA
Director of Finance
The Radiology Group, LLC
Office- 404-946-9633
Fax- 404-549-4320

---

**From:** Melrenee Key
**Sent:** Tuesday, March 23, 2021 10:45 PM
**To:** Anand Lalaji <alalaji@theradiologygroup.org>
**Cc:** Tejal Lalaji <tlalaji@theradiologygroup.org>
**Subject:** Last week of March 2021

Dr. A,

Just for confirmation , Dr. T and I spoke a couple weeks ago, and she asked me to continue working for TRG until end of month (March/31,2021). I did agree with Dr. T to work until March 31, 2021. If you have any questions, please let me know.

Also, Angelica did agree to work until close of business on Friday, April 2, 2021. She and I will try and get all billing done (March billing) if the spreadsheets are available. It would be helpful if we can have spreadsheets in the afternoon on April 1st.

I know I agreed to work until close of business on March 31st, but I can stay until Friday April 1st to assist with billing if needed. Just let me know.

Thank you and Dr. T for everything and just know it has been a pleasure knowing and working with the booth of you.

Melrenee Key, MBA
Director of Finance
The Radiology Group, LLC
Office- 404-946-9633
Fax- 404-549-4320

COMPANY CONFIDENTIAL This email message including any attachments, may contain confidential and/or privileged information and is intended solely for the use of the intended recipient(s). Any unauthorized review, use, disclosure, distribution or copying is prohibited. If you are not the intended recipient, kindly contact the sender by replying to this email and destroy and delete all copies of this message. Any distribution, dissemination or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited.
DISCLAIMER: This email and any files transmitted with it are privileged and confidential information and intended solely for the use of the individual or entity to which they are addressed. This transmission may contain protected health information as defined by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). If you are not the intended recipient, please notify the sender by e-mail and delete the original message. Further, you are not to copy, disclose, or distribute this e-mail or its contents to any other person and any such actions are unlawful. This e-mail may contain viruses. THE RADIOLOGY GROUP has taken every reasonable precaution to minimize this risk, but is not liable for any damage you may sustain as a result of any virus in this e-mail. The recipient should check this email and any attachments for the presence of viruses. THE RADIOLOGY GROUP reserves the right to monitor and review the content of all messages sent to or from this e-mail address.