# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| THE RADIOLOGY GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>M KEY FINANCIAL SERVICES, LLC, and MELRENEE KEY<br><br>Defendants. | CIVIL NO. 1:25-cv-04461 VMC |

## JOINT NOTICE OF SETTLEMENT

Plaintiff The Radiology Group, LLC ("Plaintiff") and Defendants M Key Financial Services, LLC and Melrenee Key ("Defendants") (collectively, the "Parties") hereby provide notice to the Court that they have reached an agreement as to the principal terms of a settlement under which this matter would be fully and finally resolved. The parties are in the process of memorializing this agreement in writing and expect that, upon finalizing and executing the pertinent documents, the filing of a dismissal with prejudice will follow.

Respectfully submitted this 13th day of July, 2026.

| | |
|---|---|
| */s/ Frank G. Goldman* | */s/ Lisa D. Taylor* |
| Frank G. Goldman | Lisa D. Taylor |
| *(with express permission)* | Georgia Bar No. 235529 |
| Georgia Bar No. 300052 | Stembridge Taylor, LLC |
| Frank G. Goldman, P.C. | lisa@stembridgetaylor.com |
| fgoldman@fggpc.com | 3651 Mars Hill Road, Suite 2900-B |

1

PO Box 202                                    Watkinsville, Georgia 30677
Avondale Estates, GA 30002                    Telephone: Telephone: (678) 269-0402
Telephone : 404-918-9145

                                              *Attorney for Plaintiff*

*Attorney for Defendants*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

THE RADIOLOGY GROUP, LLC,

      Plaintiff,

v.

M KEY FINANCIAL SERVICES,
LLC, and MELRENEE KEY,

      Defendants.

CIVIL NO. 1:25-cv-04461 VMC

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing **Notice of Settlement** using the Court's CM/ECF system, which automatically will send email notification and access to an electronic copy of the filing to:

Frank G. Goldman
Frank G. Goldman, P.C.
PO Box 202
Avondale Estates, GA 30002
fgoldman@fggpc.com

Dated: July 13, 2026

Respectfully submitted,

*/s/ Lisa D. Taylor*
Lisa D. Taylor
Georgia Bar No. 235529

3